AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00337 |
| Dana Jean Bell | ) | Assigned To : Harvey, G. Michael |
| | ) | Assign. Date : 12/6/2023 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)     Dana Jean Bell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 12/06/2023

Digitally signed by G. Michael Harvey
Date: 2023.12.06 10:53:32 -05'00'

Issuing officer's signature

City and state:     Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
                                             Printed name and title

---

### Return

This warrant was received on (date) 12/06/2023, and the person was arrested on (date) 12/07/2023
at (city and state) PRINCETON, TX                                         APPROX 6:15 AM

Date: 12/07/2023

_signature_, FBI
Arresting officer's signature

Laird W. Hightower, FBI
Printed name and title