# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 1:23-mj-00337 |
| | ) | |
| **DANA JEAN BELL,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH LESLIE SHEARIN

Pursuant to Local Civil Rule 83.2(d), William L. Shipley, a member of the bar of this Court and counsel for Defendant, hereby moves for the admission *pro hac vice* of Joseph Leslie Shearin; in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Joseph Shearin. Marshall is an attorney at Joseph Shearin Law located at 2150 North Central Expressway Suite M1101 Dallas Texas 75206.

3. As set forth in the attached declaration, Mr. Shearin is an active member in good standing of the state bar of Texas (18172300).

4. Mr. Shearin does not wish to be admitted generally, but for the purposes of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Joseph Shearin to appear *pro hac vice* in the above-captioned case.

Dated: February 26, 2024                           Respectfully submitted,

<u>/s/ William L. Shipley</u>
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*
