UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-mj-00337-GMH |
| : | |
| DANA JEAN BELL, : | |
| : | |
| Defendant. : | |

JOINT MOTION TO CONTINUE AND CONVERT
STATUS CONFERENCE TO CHANGE OF PLEA HEARING

On April 26, 2024, the defendant, Dana Jean Bell, notified the government of her intent to plead guilty to a pre-indictment information in this matter. Therefore, the parties respectfully move the Court to briefly continue the currently-scheduled May 2, 2024 status conference and to convert the status conference to a change of plea hearing in late May, which will provide the parties with a limited amount of additional time to finalize the plea paperwork.

In addition, the parties also respectfully request the Court exclude time under the Speedy Trial Act through and including the revised change of plea hearing date in late May. Exclusion here is appropriate under Section 3161(h)(7)(A) and (B)(i) to best conserve resources and to allow the parties time to review and finalize the plea paperwork.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ Joe Shearin
Attorney & Counselor at Law
8150 N. Central Expressway
Suite M1101
Dallas, Texas 75206
Phone: 214-228-2801
Facsimile: 214-468-8104
E-mail: joeshearinlaw@gmail.com

By:   /s/ Samantha R. Miller
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov